**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MARTIN W. OTTO, SR.,** *pro se*, **and**
**ALMA LEE OTTO,** *pro se*,

    Plaintiffs,

v.     Case No.  8:11-cv-694-T-30MAP

**HILLSBOROUGH COUNTY, a political**
**subdivision of the State of Florida,**

    Defendant.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by United States Magistrate Judge Mark A. Pizzo (Dkt. 6) and Plaintiffs' Response to same (Dkt. 7).  After careful consideration of the Report and Recommendation and Plaintiffs' Response, in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

    **ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

    1.     The Report and Recommendation (Dkt. 6) of the United States Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

    2.     Plaintiffs' Motions for Leave to Proceed in Forma Pauperis (Dkts. 2 & 3) are DENIED.

3. This case is dismissed without prejudice.

4. The CLERK is directed to close this case and terminate any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida on June 23, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2011\11-cv-694.approvR&RDkt6.frm